# Order

Michigan Supreme Court
Lansing, Michigan

September 12, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156082

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PATRICK CARL JONES,
      Defendant-Appellant.

SC: 156082
COA: 336541
Oakland CC: 2008-220445-FC

_____/

     On order of the Court, the application for leave to appeal the May 12, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

     WILDER, J., did not participate because he was on the Court of Appeals panel.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018



Clerk

s0905